JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE YU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 8:21-cv-01500 JVS (ADSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [28]** |

Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

IT IS SO ORDERED.

DATED: August 11, 2022

_____
Honorable James V. Selna
United States District Judge

**GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
Case No. 8:21-cv-01500 JVS (ADSx)